[Decided January 6, 1887.]

## ALEXANDER MELVILLE, W. K. MELVILLE, AND L. O. HAMILTON *v.* CHEHALIS COUNTY.

APPEAL — NOTICE — DISMISSAL. — When there is nothing in the record to show that notice of appeal was given in open court, or at chambers, or notice in the form provided by section 2140 of Code, or that notice was waived, the appeal will be dismissed on motion.

ERROR to the District Court holding terms at Montesano. Second District.

The defendant in error appeared specially and moved to dismiss the appeal.

*Mr. T. D. Scofield,* and *Mr. N. S. Porter,* for the Defendant in Error, in favor of the motion.

*Mr. C. W. Hartman,* and *Mr. D. P. Ballard,* for the Plaintiff in Error, *contra.*

Mr. Chief Justice GREENE delivered the opinion of the court.

Jurisdiction cannot be acquired by presumption. There is nothing in this record to certify us whether the notice of appeal was given in open court or at chambers. If at chambers, there should have been either the notice provided by section 2140 of the Code, or the actual presence of, or waiver of notice by, the opposite party. Nothing of the kind appears in the transcript, and the motion to dismiss the appeal must, therefore, be granted.

TURNER, J., and LANGFORD, J., concurred.